UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANTE B. MAGDALUYO, JR., | ) |
| Plaintiff, | ) Case No. 2:14-cv-01806-RFB-GWF |
| vs. | ) **ORDER** |
| MGM GRAND HOTEL, LLC, et al., | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Withdraw from CM/ECF System (#35), filed on July 31, 2015.

Plaintiff requests to withdraw from the system because he does not have the ability to scan large numbers of documents. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw from CM/ECF System (#35) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Dante B. Magdaluyo to the civil docket:

**Dante B. Magdaluyo**
**918 Scarlet Haze Ave.,**
**Las Vegas, NV, 89183**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Plaintiff with a copy of this order at his last known addresses listed above.

**DATED** this 6th day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge