# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANTE B. MAGDALUYO, JR.,

      Plaintiff,

vs.

MGM GRAND HOTEL, LLC,

      Defendant.

Case No. 2:14-cv-01806-RFB-GWF

**ORDER**

    This matter is before the Court on Defendant's Request for Leave to Withdraw Attorney Amy L. Baker (#56), filed on September 15, 2015.

    Defendant moves to withdraw Amy L. Baker, as she no longer is employed with the firm of Jackson Lewis P.C. Furthermore, the Defendant will still be represented by Veronica Arechederra Hall. Ms. Baker's withdrawal will cause no delay in this action. Good cause appearing, the motion will be granted. Accordingly,

    **IT IS HEREBY ORDERED** that Defendant's Request for Leave to Withdraw Attorney Amy L. Baker (#56) is **granted**.

    **DATED** this 16th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge