UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANTE B. MAGDALUYO, JR., | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-01806-RFB-GWF |
| vs. | ) | **ORDER** |
| MGM GRAND HOTEL, LLC, et al., | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion to Withdraw Emergency Protective Order Regarding Defendant's Deposition of Dante Magdaluyo (#64) filed October 6, 2015. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw Emergency Protective Order Regarding Defendant's Deposition of Dante Magdaluyo (#64) is **granted**. Plaintiff's Emergency Protective Order Regarding Defendant's Deposition of Dante Magdaluyo, Jr. (#53) is **withdrawn** and the hearing scheduled for October 13, 2015 at 3:00 p.m. is **vacated**.

DATED this 8th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge