1

2

3

4                        **UNITED STATES DISTRICT COURT**

5                              **DISTRICT OF NEVADA**

6

7   DANTE B. MAGDALUYO, JR.,                    )

8                     Plaintiff,                )     Case No. 2:14-cv-01806-RFB-GWF
                                                )
9   vs.                                         )     **ORDER**
                                                )
10                                              )
   MGM GRAND HOTEL, LLC, *et al.*,              )
11                                              )
                    Defendants.                 )
12  _____      )

13        This matter is before the Court on Defendant's Emergency Motion to Extend Discovery

14  (#61) filed September 29, 2015.  After considering the papers submitted by the parties, as well as

15  oral argument by counsel, and good cause appearing,

16        **IT IS HEREBY ORDERED** that Defendant's Emergency Motion to Extend Discovery

17  (#61) is **granted.**  The following discovery plan and scheduling order dates shall apply:

18        1.    Last date to complete discovery:  **February 15, 2016**

19        2.    Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2):  **December 17,**

20              **2015**

21        3.    Last date to disclose rebuttal experts:  **January 18, 2016**

22        4.    Last date to file dispositive motions:  **March 17, 2016**

23        5.    Last date to file joint pretrial order:  **April 18, 2016**.  In the event dispositive

24              motions are filed, the date for filing the joint pretrial order shall be suspended until

25              30 days after a decision of the dispositive motions.

26        DATED this 4th day of November, 2015.

27

28                                              _____
                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge