**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANTE B. MAGDALUYO, JR., ) | |
| ) Plaintiff, ) | Case No. 2:14-cv-01806-RFB-GWF |
| ) vs. ) | **ORDER** |
| ) ) | |
| MGM GRAND HOTEL, LLC, et al., ) ) | |
| ) Defendants. ) | |

This matter is before the Court on Plaintiff's Motion to Deem Request for Admissions Admitted (#76) and Motion Regarding the Sufficiency of Objections and Monetary Sanctions (#77), filed on October 27, 2015. Defendant's Responses (#80) and (#81) were filed on November 11, 2015.

Plaintiff moves for an Order deeming his Requests for Admission Admitted because Defendants answers were one day late. Plaintiff admits the Requests for Admission were served on September 11, 2015, and answers were served on October 14, 2015. The answers were therefore served in a timely fashion. Plaintiff also cites no authority for a blanket challenge to Defendants' objections to the Requests for Admission. Finally, Plaintiff does not claim to have conducted the requisite meet and confer before bringing these motions. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Deem Request for Admissions Admitted (#76) is **denied**.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that Plaintiff's Motion Regarding the Sufficiency of Objections and Monetary Sanctions (#77) is **denied**.

**DATED** this 16th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge