UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANTE B. MAGDALUYO, JR.,           )
                                    )
        Plaintiff,                  )   Case No. 2:14-cv-01806-RFB-GWF
                                    )
vs.                                 )   **ORDER**
                                    )
                                    )
MGM GRAND HOTEL, LLC, et al.,       )
                                    )
        Defendants.                 )
_____)

      This matter is before the Court on Plaintiff's Motion to Compel (#84) and Plaintiff's Motion for Sanctions (#85), filed on December 15, 2015.

      Local Rule 7-4 provides that "[u]nless otherwise ordered by the Court, pretrial and post-trial briefs and points and authorities in support of, or in response to, motions shall be limited to thirty (30) pages including the motion but excluding exhibits." LR 7-4. Plaintiff's Motion to Compel (#84) and Motion for Sanctions (#85) significantly exceed the page limitation set forth in Local Rule 7-4. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (#84) and Plaintiff's Motion for Sanctions (#85) are **denied** without prejudice. Plaintiff may re-file his motions in accordance with Local Rule 7-4.

      DATED this 21st day of December, 2015.

                                                               _____
                                                               GEORGE FOLEY, JR.
                                                               United States Magistrate Judge