1

2

3

4

5                          **UNITED STATES DISTRICT COURT**

6                               **DISTRICT OF NEVADA**

7

8    DANTE B. MAGDALUYO, JR.,                )
                                             )
9              Plaintiff,                     )        Case No. 2:14-cv-01806-RFB-GWF
                                             )
10   vs.                                      )        **ORDER**
                                             )
11                                            )
     MGM GRAND HOTEL, LLC, et al.,            )
12                                            )
               Defendants.                    )
13   _____ )

14          This matter is before the Court on Plaintiff's Motion to Cancel Subpoena of Dr. Joann

15   Behrman Lippert (#96), filed on February 24, 2016.

16          Plaintiff requests the Court cancel Plaintiff's subpoena for Dr. Joann Behrman Lippert to

17   testify at a deposition and to produce documents.  The Court finds that Plaintiff can cancel the

18   aforementioned deposition without this Court's intervention.  The Court will consider Plaintiff's

19   motion as notice to Defendants and the Court that the deposition and Subpoena (#90) of Dr. Joann

20   Behrman Lippert are canceled.  Accordingly,

21          **IT IS HEREBY ORDERED** that Plaintiff's Motion to Cancel Subpoena of Dr. Joann

22   Behrman Lippert (#96) is **vacated** as a motion.

23          DATED this 26th day of February, 2016.

24

25          _____
            GEORGE FOLEY, JR.
26          United States Magistrate Judge

27

28