Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
Phillip C. Thompson, Bar No. 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorney for Defendant MGM*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANTE B. MAGDALUYO JR., <br><br> Plaintiff, <br><br> v. <br><br> MGM GRAND HOTEL, LLC, <br><br> Defendant. | Case No. 2:14-cv-01806-RFB-GWF <br><br> **DEFENDANT'S EMERGENCY MOTION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS** <br> **(Second Request)** |

Pursuant to LR 7-5, Defendant MGM Grand Hotel, LLC ("MGM" or "Defendant"), by and through its counsel of record, Jackson Lewis P.C., submits the following Emergency Motion to Extend the Deadline to File Dispositive Motions.

This emergency motion is submitted and based on the following:

1. On April 22, 2015, MGM filed a Motion to Dismiss Plaintiff's Complaint in its entirety. **Doc. 8**.

2. Plaintiff filed a First Amended Complaint on April 15, 2015. **Doc. 10**.

3. MGM filed a Motion to Strike Plaintiff's First Amended Complaint on May 20, 2015. **Doc. 11**.

4. On June 15, 2015, Plaintiff filed a Second Amended Complaint. **Doc. 21**.

5. On July 2, 2015, MGM filed a Motion to Dismiss, or in the Alternative, Motion to Strike Plaintiff's Second Amended Complaint. **Doc. 27**.

6. On November 11, 2015, the Court ordered that the last day to file dispositive motions in this matter is March 17, 2016 (**Doc. 79**).

7. On March 13, 2015, the Court issued a Minute Order setting for hearing, among other things, MGM's Motion to Dismiss Plaintiff's original Complaint (**Doc. 8**), MGM's Motion to Strike Plaintiff's First Amended Complaint (**Doc. 11**), and MGM's Motion to Dismiss or Strike Plaintiff's Second Amend Complaint (**Doc. 27**). All of these motions will be heard on March 24, 2016. **Doc. 100**.

8. The Court's decision on these motions will determine the efficacy of each of Plaintiff's various complaints.

9. MGM desires to file a Motion for Summary Judgment on whichever of Plaintiffs' various complaints is determined to be operative. However, as of the dispositive motion deadline of March 17, 2016, the parties will not know which complaint will remain operative, if any.

10. As a result, MGM respectfully requests the Court enter an order extending the deadline to file dispositive motions until 30 days after the Court issues an Order determining which complaint will be operative, if any, following the March 24, 2016 hearing.

11. MGM files this as an emergency motion because if it is not heard on or before March 16, 2016, it will be rendered meaningless, because the parties will be required to file dispositive motions on March 17, 2016.

12. This request for an extension of the deadline for the parties to file dispositive motions is made in good faith and not for the purpose of delay.

Dated: March 14, 2016.

**ORDER:**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: **3/16/2016**.

JACKSON LEWIS P.C.

_____
Veronica Arechederra Hall, Bar # 5855
Phillip C. Thompson, Bar # 12114
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
*Attorney for Defendant*
*MGM Grand Hotel, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Jackson Lewis P.C. and that on this 14th day of March, 2016, I caused to be served via United Stated mail a true copy of **DEFENDANT'S EMERGENCY MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS** to:

Dante B. Magdaluyo Jr.
918 Scarlet Haze Avenue
Las Vegas, Nevada 89183
*Defendant in Pro Per*

/s/ Kelly Chandler
Employee of Jackson Lewis P.C.

4844-5576-1711, v. 1