# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DANTE B. MAGDALUYO, JR., )
)
        Plaintiff, )   Case No. 2:14-cv-01806-RFB-GWF
)
vs. )   **ORDER**
)
)
MGM GRAND HOTEL, LLC, et al., )
)
        Defendants. )
_____)

      This matter is before the Court on Plaintiff's Motion for Court to Disclose Plaintiff's Phone Records from Verizon (#102), filed on March 14, 2016.

      Plaintiff represents that the Court is in possession of records he subpoenaed from Verizon Wireless. The Court, however, has been unable to locate the records. The Clerk of the Court does not have them, the undersigned Magistrate Judge does not have them, and the District Judge does not have them. The Court has also checked other possible locations for the records and was unsuccessful in locating them. Therefore, the Court recommends that Plaintiff reissue the subpoena to Verizon. Plaintiff is further directed to filed the subpoena with the Court. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Court to Disclose Plaintiff's Phone Records from Verizon (#102) is **denied** without prejudice. Plaintiff should reissue his subpoena to Verizon and file the same with the Court.

      DATED this 18th day of March, 2016.

                                  _____
                                  GEORGE FOLEY, JR.
                                  United States Magistrate Judge