# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANTE B. MAGDALUYO, JR., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cv-01806-RFB-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MGM GRAND HOTEL, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Motion for Manual Filing of Exhibits (#130), filed on June 22, 2016.

Plaintiff requests leave to manually file audio and video evidence in support of his Reply in support of his Objection (ECF No. 129) filed on June 20, 2016 and his Response to Defendant's Motion for Summary Judgment that is due by July 3, 2016. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Manual Filing (#130) is **granted** subject to complying with Local Rule IC 1-1.

DATED this 24th day of June, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge