# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANTE B. MAGDALUYO, JR., | )<br>) |
| Plaintiff, | ) Case No. 2:14-cv-01806-RFB-GWF |
| vs. | ) **ORDER** |
| MGM GRAND HOTEL, LLC, et al., | ) |
| Defendants. | ) |

This matter is before the Court on Defendant MGM Grand Hotel, LLC's Motion to Withdraw as Attorney (ECF No. 60), filed on February 27, 2017.

Counsel for Defendant represents that Veronica Arechederra-Hall, Esq. is no longer associated with the law firm of Jackson Lewis, P.C. Therefore, counsel requests that Ms. Arechederra-Hall be removed as attorney of record for Defendant. Counsel also indicates that Defendant will continue to be represented by Deverie Christensen, Esq. of Jackson Lewis, P.C. The Court finds that counsel has provided good cause to justify granting Ms. Arechederra-Hall's withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendant MGM Grand Hotel, LLC's Motion to Withdraw as Attorney (ECF No. 60) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Veronica Arechederra-Hall, Esq. from the CM/ECF service list in this case.

DATED this 28th day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge