UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANTE B. MAGDALUYO, JR.,<br><br>Plaintiff,<br><br>v.<br><br>MGM GRAND HOTEL, LLC,<br><br>Defendant. | Case No. 2:14-cv-01806-APG-GWF<br><br>**ORDER DENYING MOTION TO RECONSIDER AND MOTION TO STRIKE**<br><br>(ECF Nos. 182, 183) |

Plaintiff Magdaluyo filed a motion asking me to reconsider my previous denial of his motion for peremptory challenge. ECF No. 182. Defendant MGM moves to strike Magdaluyo's motion for reconsideration. ECF No. 82. Both motions are denied.

Magdaluyo offers nothing to cause me to reconsider or change my earlier decision. MGM argues that Magdaluyo's motion is improper and prejudicial. I have denied Magdaluyo's motion and it is not prejudicial. Therefore, MGM's request to strike is moot.

IT IS ORDERED that Magdaluyo's motion for reconsideration (**ECF No. 182**) is **DENIED.**

IT IS FURTHER ORDERED that MGM's motion to strike (**ECF No. 183**) is **DENIED.**

DATED this 3rd day of July, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE