UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANTE B. MAGDALUYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> MGM GRAND HOTEL, LLC, <br><br> Defendant. | Case No. 2:14-cv-01806-APG-GWF <br><br> **ORDER DIRECTING ENTRY OF JUDGMENT** |

On February 24, 2017, I granted in part defendant MGM Grand Hotel, LLC's motion for summary judgment. ECF No. 159. I granted MGM's motion as to plaintiff Dante Magdaluyo, Jr.'s Title VII, defamation, workplace violence, and intentional infliction of emotional distress claims. I denied the motion as to Magdaluyo's claim for invasion of privacy.

The parties recently stipulated to the dismissal with prejudice of Magdaluyo's invasion of privacy claim. ECF No. 200. In light of that stipulation, I deny MGM's objections (ECF No. 193) as moot. Additionally, because that was Magdaluyo's only remaining claim, there are no other claims pending in this case. I thus direct the clerk of court to enter judgment and close this case.

IT IS THEREFORE ORDERED that defendant MGM Grand Hotel, LLC's objections **(ECF No. 193) are DENIED as moot**.

IT IS FURTHER ORDERED that the clerk of court shall enter judgment in favor of MGM Grand Hotel, LLC and against plaintiff Dante Magdaluyo, Jr. on the plaintiff's Title VII, defamation, workplace violence, and intentional infliction of emotional distress claims. The plaintiff's invasion of privacy claim has been dismissed with prejudice by stipulation between the parties. The clerk of court is instructed to close this case.

DATED this 14th day of August, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE